# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHARON TOLSON
411 Warfield Drive #1010
Landover, Maryland 20785,

      Plaintiff,

v.

THE HARTFORD FINANCIAL SERVICES
GROUP, INC.
One Hartford Plaza
Hartford, Connecticut 06155; and

SENTINEL INSURANCE COMPANY, LTD.
One Hartford Plaza
Hartford, Connecticut 06155,

      Defendants.

Civil No. 16-440

## NOTICE OF REMOVAL

Defendants, by their undersigned attorneys, remove this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia, and states as follows:

### JURISDICTION UNDER 28 U.S.C. § 1332

1.    Plaintiff filed this lawsuit in the Superior Court, where it is numbered C.A. No. 2016 CA 000958 B, on February 8, 2016.

2.    Plaintiff is currently, and was at the time of the filing of the Complaint, a natural person who is a citizen of Maryland. She sues as the assignee of Massage Escape Spa Company, which is currently, and was at the time of the filing of the Complaint, a District of Columbia corporation that maintains its principal place of business in the District of Columbia and that is therefore a citizen of the District of Columbia.

3. Defendant The Hartford Financial Services Group, Inc. is currently, and was at the time of the filing of the Complaint, a Delaware corporation with its principal place of business in Hartford, Connecticut. It is therefore a citizen of Delaware and Connecticut.[1]

4. Defendant Sentinel Insurance Company, Ltd. is currently, and was at the time of the filing of the Complaint, a Connecticut corporation with its principal place of business in Hartford, Connecticut. It is therefore a citizen of Connecticut.

5. The Complaint's prayer for relief seeks money damages in an unspecified amount. Because the Complaint was filed after January 6, 2012, the provisions of the Federal Courts Jurisdiction and Venue Clarification Act of 2011 control. Defendant states, pursuant to 28 U.S.C. § 1446(c)(2), that the amount in controversy is at least $500,000.00 because Plaintiff seeks, *inter alia*, coverage for a $1 million consent judgment under a policy with commercial general liability limits of $500,000 per occurrence with respect to "bodily injury."

6. This Court therefore has original jurisdiction, pursuant to 28 U.S.C. § 1332, over this lawsuit, between citizens of different states, in which the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**REQUIREMENTS FOR REMOVAL UNDER 28 U.S.C. § 1446**

7. Pursuant to 28 U.S.C. § 1446(a), attached are copies of the Complaint (with exhibits thereto), the Summons, and the Initial Order and Addendum, which are the only papers served on Defendants in this action.

8. Pursuant to 28 U.S.C. § 1446(b), Defendants have filed this notice of removal within 30 days after first receipt of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Defendants were served on February 16, 2016,

---

[1] The Hartford Financial Services Group, Inc. is not a proper party to this action. Nevertheless, the point is immaterial because its citizenship does not affect jurisdiction.

because Plaintiffs served the Summons and Complaint by certified mail, dispatched on February 9, 2016, and received by Defendants on February 16, 2016. There are no other defendants in this action, and therefore no other party needs to consent to this notice of removal.

9. Pursuant to 28 U.S.C. § 1446(c)(1) Defendant is filing this notice of removal less than one year after commencement of this action in the Superior Court.

10. Pursuant to 28 U.S.C. § 1446(d), Defendant is giving written notice of removal to all adverse parties and is filing a copy of the notice with the Clerk of the Superior Court.

        Respectfully submitted:

         /s/ *Steven M. Klepper*
        Lee H. Ogburn, No. MD 00118
        Steven M. Klepper, No. 501899
        KRAMON & GRAHAM, P.A.
        One South Street, Suite 2600
        Baltimore, Maryland 21202-3201
        (410) 752-6030
        logburn@kg-law.com
        sklepper@kg-law.com

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 7, 2016, I mailed a copy of the foregoing paper, with attachments and the Civil Cover Sheet, by first-class mail, postage prepaid, to:

        Brendan Klaproth
        KLAPROTH LAW PLLC
        406 5th Street NW
        Suite 350
        Washington, DC 20001

        *Attorneys for Plaintiff*

         /s/ *Steven M. Klepper*
        Steven M. Klepper