UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHARON TOLSON,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**THE HARTFORD FINANCIAL SERVICES GROUP, INC. et al.,**<br><br>   **Defendants.** | Civil Action No. 16-440 (JDB) |

## ORDER

Upon consideration of [7] defendants' motion to dismiss plaintiff's complaint and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [7] defendants' motion to dismiss plaintiff's complaint is **GRANTED**; and it is further

**ORDERED** that [1-1] plaintiff's complaint is **DISMISSED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: September 29, 2017