# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-7145**

**September Term, 2018**

**1:16-cv-00440-JDB**

**Filed On: September 11, 2018 [1749965]**

Sharon Tolson,

　　　　　Appellant

　　v.

Hartford Financial Services Group, Inc. and
Sentinel Insurance Co., Ltd.,

　　　　　Appellees

**BEFORE:**　　Henderson and Griffith, Circuit Judges; and Williams, Senior Circuit
Judge

## O R D E R

Upon consideration of the stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No
mandate will issue.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Scott H. Atchue
Deputy Clerk